**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CONAGRA FOODS PACKAGED FOODS,   :   No. 757 MAL 2018
LLC,      :
     :
      Petitioner     :   Petition for Allowance of Appeal from
     :   the Order of the Commonwealth Court
     :
    v.      :
     :
     :
WORKERS' COMPENSATION APPEAL   :
BOARD (HEIMBACH),     :
     :
    Respondents    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of April, 2019, the Petition for Allowance of Appeal and Application for Supersedeas are **DENIED.**